# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

152588(84)(85)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

GILLETTE COMMERCIAL OPERATIONS
NORTH AMERICA & SUBSIDIARIES,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.
_____/

SC: 152588
COA: 325328
Ct of Claims: 14-000053-MT

   On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Alicia Pilar Mata and John L. Schoenecker to appear and practice under MCR 8.126(A) on behalf of amicus curiae Tax Executives Institute, Inc. is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015

